UNITED STATES DISTRICT COURT

FOR THE *Southern District of W.V.*



FORM 1.

FILED

NOV 3 0 2010

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

*Anthony Eugene BROOKS*

      Plaintiff,        *

v.                     *

*United States of America*  *

      Defendant (s).    *

CIVIL NO. *5: 10-1340*

PETITION PURSUANT TO 28 U.S.C.
SECTION 1331

"*Threatening Statement Made*"
*I'm in "iminent danger" From the Officer and need "Forma Pauperi*

PETITIONER FILED IN THIS HONORABLE COURT FOR THE

*Southern District of West Virginia
Charleston, W.V. Judge Johnstons Chambers*

*Anthony Eugene Brooks #56112-083
P.O. Box 350
Beaver, W.V. 25813*

BY PLAINTIFF: *Anthony Eugene BROOKS;
Petitioner
v.
United States of America;
Defendent, Respondent*

1331 Form

FORM TO BE USED BY FEDERAL PRISONERS IN FILING A COMPLAINT
UNDER 28 U.S.C.§ 1331

In the United States District Court

For the _Southern Dist. oF W. Virginia_

_Anthony Eugene Brooks_
_Plaintiff and Petioner_

_____

(Enter above the full name of the
plaintiff or plaintiffs in this
action)

v.

_United States oF America_
_Defendent_
_Respondent_

(Enter the full name above of the
defendant or defendants in this
action).

I. Place of Present Confinement _F.C.I. Beckley, BeaveR, WV. 25813_

II. Previous Lawsuits

A. Have you begun other lawsuits dealing with the same facts involved
in this action or otherwise relating to your imprisonment?
Yes_____ No __✓__

B. If your answer to A is yes, describe each lawsuit in the space
below. (If there is more than one lawsuit, describe the additional
lawsuits on another piece of paper, using the same outline).

-2-

III. In order to proceed in federal court you must ordinarily fully exhaust your administrative remedies as to each ground on which you request action by the federal court.

A. Did you fully exhaust, including appeals, your administrative remedies pursuant to the Bureau of Prisons Policy Statement 1330.07?          Yes  _✓_   No  _____

B. If your answer to A is yes,

1. What steps did you take? *BP 9, BP 10, BP 11 and Tort Claim.*

2. What was the result? *Denied. However, one inmate who told me he was trying to get time taken off his current sentence and wanting transfer, perjured himself to take*

C. If your answer to A is no, why not? *up for B.O.P. Officer who's his friend. "Trion Williams" 38092-083*

IV. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of plaintiff *Anthony Eugene Brooks #56112-083 F.C.I. Beckley P.O. Box 350 Beaver, W.V. 25813 For 90 more day.*

( In Item B below, place the full name of the defendant in the first blank, his official position in the second blank. Use Item C for the names, positions, and place of employment of any additional defendants). *"Acting under Federal Law," "Negligence" "Claim."*

B. Defendant *Officer, J. White* is employed as *Bureau of Prisons Corrections Officer* at *Federal Correctional Institute Beckley, P.O. Box 350 Beaver, WV. 25813*

C. Additional Defendants *United States of America*

_____

_____

_____

_____

1. ~~Case 5:13-cv-11300 Document 1 Filed 12/30/10 Page 4 of 5 PageID #~~ goes home in December and is not afraid to testify due to Retaliation by B.O.P. Staff

2. Bias Witness – MR. TRion Williams told me because of his time and wanting to transfer to Petersburg Va. he would Claim he was

### V. Cause of Action
holding the door instead of the Officer, that's Perjur

(List hereunder the different causes of action that are the grounds for the prosecution of this law suit.)

1. "Negligence" and "Deliberate Indifference" Causing injury to Right Big Toe and Fracturing Foot and Ligiment damage.

2. Officer J. White an Officer For the Bureau of Prisons

3. While "Horse Playing" With an IRon door Severely injured my Right Foot by Suddenly Releasing the held door.

### VI. Grounds for relief

(Hereunder set out the factual allegations that you consider as establishing a basis for your requested relief under the specific cause/s of action/s.) (If additional space is necessary. include as attachments.)

1. ON 6-11-2010 While Returning From Recreation yard, I

2. approached my housing unit Popular-B-Lower Where the Officer J. White was "Negligently" holding a huge IRon door shut intentionally impressing inmate "TRion Williams"

3. and inmate "Clue". When I tried to open the door it Wouldn't open, I Looked in and Saw Bureau of Prisons

4. Officer J. White holding the door, When I tried a second and third time, he Releases the door injury my Foot,

### VII. Relief sought
(Hereunder itemize the specific relief you exect to obtain in the prosecution of this law suit.) 8 th Amendment Right Violated.

1. "~~8th~~ Eighth Amendment Right From Cruel and Unusual Punishment' being Violated With "Deliberate Indifference" and "Negligence" by Bureau of Prisons Officer J. White

2. Who never denied this injury, and Conclusive Video and Witnesses Can Confirm. In 4 months I'll Pay Filing Fee

Wherefore, your Plaintiff respectfully requests that this Honorable Court grant the within relief sought and any other relief that this Court deems just and proper.

Monetary, Punitive damages, Psychological damage as I'm on Several Psych Medications, Mental and Physical Pain and Suffering, emotional Stress. Relief Sought $200,000 Two Hundred Thousand dollars U.S. District Court Southern Dist. of West Virginia.

Witnesses: FOR trial Bureau of Prisons Correctional Officer NO.
1. J. White, at Fault.
2. Willie Flowers #31242-160.
-4- 3. TRion Williams #38092-083.
4. Investigator, Lt. Toney - Perjury.
5. Hugh WRight #02397-084

Signed this _22nd_ day of _November_ , ~~19~~ _2010_ .

_Mr. Anthony E. Brooks_
_____
_____
(Signature of plaintiff or
plaintiffs)

Executed at _F.C.I. Beckley, P.O. Box 350, Beaver, W.V. 25813_
(Name of Institution, City, County)

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on _11-22-2010_
(Date)

_Mr. Anthony Eugene Brooks_
_____
_____
(Signature of plaintiff or
plaintiffs) P.S. Dear Court, in Four
months I Will be Released
and I'm Willing to pay Filing Fee
-5- For this Meritorious Civil action.
The investigating officer Lt.
Toney never Reviewed the
Video as he promised to do,
Which Would have shown the
officer "Negligently" injuring
my Foot Nor did the Lt. take
my Witnesses statement (Who
Saw the entire Injury on 6-11-20

Clerk of Court
1. All Witnesses on
Page 4. Live here at
F.C.I. Beckley
P.O. Box 350
Beaver, W.V. 25813
2. Officer at Fault
J. White Works here,
all can be Supenoed here.

**FINANCIAL AFFIDAVIT**

AO 240
Rev 7/96

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

BROOKS v.s. U.S.A
U.S. Dist. Court S. Dist. of WV.

FOR Civil Action, U.S. Dist. Court
AT Federal Corrections Inst. Beckley

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
► Anthony Eugene BROOKS

| | | |
|---|---|---|
| 1 ☐ | Defendant—Adult | |
| 2 ☐ | Defendant - Juvenile | |
| 3 ☐ | Appellant | |
| 4 ☐ | Probation Violator | |
| 5 ☐ | Parole Violator | |
| 6 ☐ | Habeas Petitioner | |
| 7 ☐ | 2255 Petitioner | |
| 8 ☐ | Material Witness | |
| ☑ | Other | |

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony "Negligence"
☐ Misdemeanor
Bivins V. Six Civil Action, WV.      Civil Action, U.S.C. § 133

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

**ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY**

**ASSETS**

**EMPLOY-MENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
Name and address of employer: _____

IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment 7 Years
How much did you earn per month? $ 6.50 Hly 12:00.

If married is your Spouse employed? ☐ Yes ☑ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ N/A

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES | $ 50 | Sister 9 Months Ago |
| | $ _____ | |

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, state total amount $ _____

**PROP-ERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, GIVE THE VALUE AND DESCRIBE IT | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

| MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them (For names of minors list initals only) |
|---|---|---|
| ☑ SINGLE | 2 | A. T. |
| ☐ MARRIED | | M. J. |
| ☐ WIDOWED | | |
| ☐ SEPARATED OR DIVORCED | | |

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: (For home address, list City/State only) | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| N/A Right Now | | $ 0 | $ 0 |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11-22-2010

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ► Mr. Anthony E. Brooks

*Form 2.*



**U.S. Department of Justice**

Federal Bureau of Prisons

*Beckley Consolidated Legal Center*

*1600 Industrial Park Road, P.O. Box 1280*
*Beaver, West Virginia 25813*

November 12, 2010

Anthony Brooks
Register No. 56112-083
FCI Beckley
P.O. Box 350
Beaver, WV 25813

*1. Investigating Officer Lt. Toney claims this Final Report is lacking a witnesses statement.*

*2. "Bureau of Prisons has falsified this claim, inmates have contradictions in there eyewitness account for the B.O.P. Officer, they're scared, but one eyewitness is not afraid Mr. Willie Flowers #31242-160 and video proof, proves claim."*

Re: Your Tort Claim No. TRT-MXR-2010-06677

Dear Mr. Brooks:

Your claim has been considered for administrative settlement under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et. seq.*, and authority granted under 28 C.F.R. § 0.172. You claim government liability in the amount of $200,000.00 for injury that occurred on June 11, 2010, at FCI Beckley. Specifically, you allege that an officer was deliberately indifferent when he released an iron door, severely injuring your big toe on your right foot.

Investigation revealed that on June 11, 2010, you were seen by medical staff for an injury to your toe. You stated that the injury was caused when you opened the door with your left hand and pulled the door across your right great toe, pulling the nail almost off. A bandage was applied after your toe was cleaned with betadine. You were also issued an open cast shoe and advised to follow-up at sick call as needed. On August 10, 2010, you failed to report to Health Services for a follow-up examination on your toe. On October 6, 2010, you failed to report to Health Services again for a follow-up examination on your toe. (Additionally, during the <u>investigation</u>, it was <u>established</u> that <u>inmates</u> were the ones playing around with the door and not the officer.) *" Perjury"*

*(Perjury)*

Furthermore, you claim that the staff's actions violated your constitutional rights. Constitutional torts are not cognizable under the Federal Tort Claims Act. In <u>FDIC v. Meyer</u>, 114 S. Ct. 996 (1994), the Supreme Court explained that to be actionable under the Tort Claims Act, a claim must allege that the United States would be liable to the claimant as a private person in accordance with the law of the place where the act or omission occurred. Because by definition federal law, not state law, provides the source of liability for a claim alleging the deprivation of a federal constitutional right, the United States has not rendered itself liable under the tort claim provisions for constitutional tort claims. *Medical record, I have been seen by staff and x-rayed twice. I only missed one appointment because I thought as every Wensday there's no sick call, so I didn't go.*

Based on the above, your claim is denied. This is a final denial of your claim. If you are not satisfied with this determination, you have six months from the date of this letter to bring suit in an appropriate United States District Court, should you wish to do so. *Yes I do.*

Sincerely,

Debbie Stevens
Supervisory Attorney

for:

Michelle T. Fuseyamore
Regional Counsel

## "Facts"

1. It's caught on Camera the OFFicer "Negligenty" "Horse Playing" and Severely injuring my Right Foot.

2. I have an Instant Eye Witness that is not bias and is not affraid of being Shipped because of his testimony, because he's scheduled to go home in December 2010, MR. Willie Flowers # No. 31242-160. This inmate is not Friends With the OFFicer as the two others Who told me from the Start of this civil action, that they, the two other inmates Were Scared of being Shipped if they testified against the OFFicer J. White, and they Liked him as an OFFicer. Lastly, the OFFicer Knows he's guilty and did not denie it When I told him I Would Seek Civil action. He Will not Lie under oath, B.O.P. is guilty.

# DIANAssociates

UNIVERSITY OF MARYLAND
RADIOLOGY REPORT

**PATIENT NAME:** BROOKS ANTHONY
**DATE OF BIRTH:** 19730624
**PATIENT NUMBER:** 56112-083
**REF. PHYSICIAN:**
**INSTITUTION NAME:** FCI Beckley
**EXAM DATE:** 20100721133512797333737
**EXAM TYPE:** LOWER EXTREMITIESFOOT
**READING RADIOLOGIST:** Sung Han Kim , MD
**HISTORY and STUDY COMMENTS**
FOOT LAT INJURED RT GREAT TOE 2 WEEKS AGO CONTD PAIN SWELLING
**FINDINGS AND CONCLUSION**
Abnormal. distracted avulsion fx ~~fracture~~ of proximal lateral first proximal
phalanx

Reply    Close Case

– Could possibly have a partial ligament tear.

D.O., CLINICAL DIRECTOR
FCI/FPC BECKLEY
BEAVER, WV

Exibit A

*Discovery Exhibit A for evidence of Foot being severely injured. Had to wear this special shoe Per Medical Staff.*

## Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #: 56112-083     Inmate Name: BROOKS, ANTHONY EUGENE

**Housing Status**

__ confined to the living quarters except __meals __pill line __treatments     Exp. Date: _____

__ on complete bed rest: __bathroom privileges only     Exp. Date: _____

__ cell: __cell on first floor __single cell __lower bunk __airborne infection isolation     Exp. Date: _____

__ other: _____     Exp. Date: _____

**Physical Limitation/Restriction**

__ all sports     Exp. Date: _____

__ weightlifting: __upper body __lower body     Exp. Date: _____

__ cardiovascular exercise: __running __jogging __walking __softball     Exp. Date: _____
__football __basketball __handball __stationary equipment

__ other: _____     Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date |
|---|---|---|
| Other    Open Shoe Rt. foot | 06/11/2010 | |

*H. SHREWSBURY, PA-C*
*FCI/FPC BECKLEY*

**Work Restriction / Limitation:**

Cleared for Food Service: No _____

X No Restrictions

**Restraint Restrictions:**

__cuff only front __no leg irons __no face down position in four-point restraints

__no CN gas __no pepper spray

__no cuff: __right arm __left arm __right leg __left leg

__other: _____     Exp. Date: _____

Comments: N/A *My Name is Anthony E. Brookes 8th Amendment Viola*

Shrewsbury, Hank PA-C     06/11/2010
Health Services Staff     Date

Inmate Name: **BROOKS, ANTHONY EUGENE** Reg #: 56112-083 Quarters: A06

*Mr. A.E.B. Building Popular - B - Lower, Cell No. #206*

*1. This is the Pass the institution suplied me with after one of there "Correctional Officers," Officer J. White Nearly severed my Right big toe. This negligence and serious Risk to my person was easily avoidable if the Unit Officer was not (Playing) with the Front door. This action by the Officer severed my entire toe Nail off and Seriously cut my Foot wide open, this was very Painful*

4th 6th, 8th Circuit Case Law, and supreme Court Case Law. See
(4th circuit) see
"Strickley" V. "Waters," 989, F. 2d 1375, 1381 (4th cir. 1993)
ONE Federal appeals Court has held that,
"Eighth Amendment" Claims must be supported
by "Evidence of a serious or Significant
"physical or emotional injury," adding that
if sufficient "Pain" was inflicted to violate
the "Eighth Amendment," that Such injury would
Result.

(supreme Court) see
"Farmer" V. "Brennan," 114 S. Ct. 1970, 1984 (1994) Quote
The harm does not have to be "easily preventable;
"Farmer" V. "Brennan" holds that prison officials must
do what is Reasonable, [Not what is easy].

(6th cir) see
"Weeks" V. "Chabondy," 984, F. 2d 185, 187 (6th cir. 1993
[A] determination of "deliberate indifference"
does not Require proof of intent to harm, or
a detailed inquiry into [the defendents State
of mind]... [The facts established that he,
(the Federal officer in the instant Case)
was undoubtibly "deliberately indifferent".

(8th cir.) see
"Sher" V. "Engelke," 943 F. 2d 921, 924 (8th cir. 1981)
Evidence of "fear," "mental Anguish and misery" can
also "establish the Requisite" for an "Eighth Amendment
Claim. ✗ I Feared Reprisal or Retaliction after the
Federal Corrections officer J. White made scary
Comment after the incident when he told me to come
Face him and talk man to man. This added to the
"mental and Psychological Pain and Suffering as Im also
on Severe "Psych Medications for deppression.

P.2

FORM 4

(6th Cir.) See
"Hill" V. "Marshall, 962 F.2d 1209, 1214 (6th Cir, 1992)
The defendents "failure to do his job ... was
so Likely to Result in the violation of the
inmates "Constitutional Rights that we find
he was "deliberately indifferent"...)

Supreme Court Ruling: See
"Farmer" V. "Brennan," 114 S.ct at 1970, 1984 (1994)
[A civil action] is justified, and you may sue under
the "Eighth Amendment" For harm that is not
pending;"
"Farmer" said, that serious damage to a prisoners
future health is actionable also. The harm does
not have to be "easily preventable;" "Farmer".
"Farmer" holds that prison officials must do
what is Reasonable, ["Not what is easy]. In edition,
"Farmer" specifically noted that it is enough that
the official acted or fail to act despite
his or her Knowledge of a substancial or serious
Risk of harm, and didnt Require proof the
official acted because of the Risk.

Also see, "Deutsch" V. "Federal Bureau of Prisons," 737 F.Sup
at 265-66. You can bring a Federal torts claim
action against the "government" and a United States
Constitutional Claim against the individual Federal
official in the same case.
Also see, "Leibowitz" V. "U.S. Dept. of Justice" 729 F.Sup
556, 560 (E.D. of Michigan 1989), affd, 914 F.2d
256 (6th Cir. 1990), Cert denied, 111 S.ct. 1589 (1991).
See, "Norton" V. "U.S.", 581 F.2d 390 (4th Cir. 1978), Cert
denied 439 U.S. 1003 (1978) (Federal Statues provide
that if the "Tort" was committed within the scope of
the defendents employment it must be then converted
into a F.T.C.A. against the United States of America.

Copies to: 1, 2, 3 each
1. U.S. District Judge
2. Regional Director and Central Office
3. TORt Claim Office

Page 1.
Forms.

```
   BECDM        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    08-24-2010
 PAGE 033        *          FULL SCREEN FORMAT              *     13:21:15

 REGNO: 56112-083 NAME: BROOKS, ANTHONY
 RSP OF...: BEC UNT/LOC/DST: POPLAR         QTR.: A06-206L   RCV OFC: MXR
 REMEDY ID: 600811-R1      SUB1: 34AM SUB2: DATE RCV:     07-23-2010
 UNT RCV..: POPLAR         QTR RCV.: A06-206L  FACL RCV: BEC
 UNT ORG..: POPLAR         QTR ORG.: A06-206L  FACL ORG: BEC
 EVT FACL.: BEC    ACC LEV:                       RESP DUE:
 ABSTRACT.: STAFF HORSEPLAYING AND CAUSED INJURY TO BIG TOE
 STATUS DT: 08-02-2010   STATUS CODE: REJ STATUS REASON: IRQ RSR OTH
 INCRPTNO.:        RCT:    DATE ENTD: 08-02-2010
 REMARKS..: RESPONSE IS DUE BY 8-16-2010. YOU NEED A NEW BP10
            AVOIDING WRITING ACROSS TOP OF PAGE




        G0002     MORE PAGES TO FOLLOW . . .
```

Judge, as you Clearly See this administrative Remedy Request was Filed on 7-23-2010. The Response was due on 8-16-2010 however, the BP 9 Sensitive and BP 10 to the Regional offices was denied for the Simple Reason of petitioner Fully Stating what Really happen to my Severely injured and damaged "Big Toe".

   The Region Claims I Simply wrote over the boundrys of the Form, this obviously has to be a Stall tactic as I Resubmitted both the BP 9 and BP 10 immediately after the Regions Rejection on 8-2-2010. I've Still not Recieved a new Reply From the Regional office and the date is 9-1-2010. I wish to File a "Bivins" V. "Six" unknown Federal agents of the "Bureau of Prisons" under Civil Action U.S.C.§ 1331 a Federal action For "Monetary" and "Punitive" damages to the Relief of $200,000 dollars 00/100 For the Claim of "Negligence" by a Federal official of the "Bureau of Prisons" under (Full Color) of Law of the "Federal Government. I Swear under penalty and Perjury that all I attest to is true, so sayeth Man c 9-1-2010

```
BECDM          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    08-24-2010
PAGE 034 OF 034 *        FULL SCREEN FORMAT              *       13:21:15

REGNO: 56112-083 NAME: BROOKS, ANTHONY
RSP OF...: BEC UNT/LOC/DST: POPLAR         QTR.: A06-206L   RGV QFC: BEC
REMEDY ID: 602369-F1      SUB1: 34AM SUB2:  DATE RCV.: 08-11-2010
UNT RCV..: POPLAR    QTR RCV.: A06-206L     FACL RCV: BEC
UNT ORG..: POPLAR    QTR ORG.: A06-206L     FACL ORG: BEC
EVT FACL.: BEC    ACC LEV:                  RESP DUE:
ABSTRACT.: STAFF HORSEPLAYING AND CAUSED INJURY TO BIG TOE
STATUS DT: 08-11-2010  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:          RCT:    EXT:   DATE ENTD: 08-11-2010
REMARKS..: FILED A BP10 #600811-R1 AT THE REGIONAL LEV REJECTED
           ON 08-02-2010 REQUESTING YOU SUBMIT NEW BP10 AVOID
           WRITING ACROSS TOP OF PAGE.  SUBMIT BY 08-16-2010
```

"*Monetary*" *and* "*Punitive*" *Damages of $ 200,000 dollars* 00/100.
*I swear under penalty and perjury that all I attest to is true*
*and correct to the best of my memory and recollection Judge.*
*So Sayeth I, Anthony Eugene Brooks 9-1-2010   A.E. Brooks.*

```
              33 REMEDY SUBMISSION(S) SELECTED
   G0000      TRANSACTION SUCCESSFULLY COMPLETED
```
*56112-083*

1. "*Officer J. White, a Federal Correctional Officer at*
*F.C.I. Beckley acting under the full color of the Federal*
*Government did "Negligently" and Willfully With "Laughter"*
*Severely injured my foot, specifically my Right "Big Toe" by*
*totally severing my "Entire Big Toe Nail" and Leaving my foot*
*in a pool of blood when I removed my shoe on 6-11-2011*

2. *Officer J. White was on duty at his post at my*
*Unit where I'm "Anthony Eugene Brookes" is housed. As I made my*
*back from "Recreation" on 6-11-2010 the Federal Officer J. Whi*
*was "Negligently" "horse Playing" by holding a "huge Iron door" shut*
*causing inmates to think this door which is supposed to be opene*
*for our return to the Unit. As I peeped in the Window, I*
*could see the Officer "Laughing" and "Entertaining several inma*
*Who were also Laughing at the Officer "Negligently" holding this*
*huge door shut. I asked the Officer to stop Playing around, he did*
*when I tried to open the door a second and third time the*
*Officer suddenly lets the door go totally ripping my*
*Big Toe to shreds. $200,000*

2nd Filing — Sensitive to Warden, this is my Second Filing.

**U.S. DEPARTMENT OF JUSTICE** — *Medical Stop caring for my open wound Now infected.*

**REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: BROOKS, Anthony E.    56112-083    POP-B-Lower "Beckley"
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** ON 6-11-2010 OFFicer J. White was on duty as I made my way back From a Recreation move with other inmates. C.O. "White" was "Negligently" "Horse Playing" around trying to impress or entertain several other inmates by "Holding" the "Large Iron" Front door shut, this made inmates think the door was Locked Shut. this door is usually open as we Return From "Lunch" and "Rec yard" when I peeped inside and saw officer J. White holding the door shut, I said Stop Playing officer "White," he was Laughing.

7-20-2010
when I again                    A.E. Brooks
DATE                    SIGNATURE OF REQUESTER

**Part B– RESPONSE** tried to open the door, it still would not open. However, when I attempted a Second and third time, the officer suddenly Lets the door go "Ripping" my "Big Toe" to Shreds Severing my "entire" "Big Toe" Nail causing Severe pain both physically and mentally. "Psychologically" terrifying me because I knew IF I Filed this "Sensitive 9" I might be Retaliated against by other Officers. J. White Saw me From another unit one day and he made a very Smart Remark.

RECEIVED
AUG 11 2010
BY: Rejected

_____    _____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE    Monetary Damages $125,000    CASE NUMBER: 602369-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

USP LVN    PRINTED ON RECYCLED PAPER

**REQUEST FOR ADMINISTRATIVE REMEDY**                          **BEC-600811-F1**

Your Request for Administrative Remedy received October 13, 2010, alleging staff misconduct, has been reviewed.  Specifically, you allege a staff member was horse playing, (holding the door closed to the unit). When the staff member released his hold on the door, the door came open quickly ripping your big toe to shreds and detached your toenail from your toe.

Your allegations of staff's unprofessional behavior are being investigated.  Should any further action be necessary, it will be taken; however, staff personnel matters are not subject to inmate review.  You will be contacted by an investigator to gather additional information.

To the extent an investigation is being conducted, your request for administrative relief is partially granted. If dissatisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, Mid-Atlantic Region, 302 Sentinel Drive, Suite 200, Annapolis Junction, Maryland 20701, within 20 calendar days of this response.

_v\18\0_
Date

_____
Joel Ziegler, Warden

"Deliberate Indifference", Per B.O.P. Policy we
can Lesson the "Burden" of Civil Action, "Half way House"
                                                          "

"Federal Correctional Officer "J. White" acting
under Federal Color of law Building Pop-B-Low

Claim:

ON 6-11-2010, Officer was on duty at his post as a
Correctional Officer at F.C.I. Beckley specifietly Bld.
popular-B-Lower. As I made my way back from the
Recreation Yard, I could see an inmate trying to
open a very Large "Iron door" which is supposebly and
normally open for our Return from Recreational yard

When I approached the door and peeped in the
glass window, I could see Officer "J. White" holding
the door intentionally and deliberately while "Laughing"
and "Entertaining" several inmates. I ask the Officer
to stop playing around, Officer J. White continued to Laugh
and hold the door, he wouldn't let go. When I tried to
open the door a second and third time the Officer
Suddenly Lets the door go "Ripping" my "Big Toe" to Shreds
and detaching my entire "Big Toe" Nail and maiming my
Foot severely, blood was everywhere."I have witnesses!

Officer J. White initially Laughed before I took off my
Shoe and he and all the other inmates saw the blood,
the bottom of the door had nearly tore my "Right Big Toe"
off Leaving a "Fracture" in my Foot and Ligiment damage
by X-Rays from the "University of Maryland Hospital" and
"Dr. Kim Sun" and a X-Ray Technician who Read the X-Rays.
My "Big Toe" became infected and Mr. Rose in medical had
to prescribe "Ammoxicillin" to Cure the infection and Pain.

"Relief Sought"

1. "Immediate Half way House" as Im scheduled to Leave in
Febuary, Im Requesting my "Half way House" is extended for
Im "Homeless", no Family Support System, No Letters and No
Phone Calls, I've been indigent for nearly a year. I need
the extra 90 days to adjust Sir or mam Respectfully, Mr. Humric
and Asst. Warden Harmon Knows this. Lastly a negotiable punitive
and moNetary Cash Settlement #80,000 and Not the initial # 200,000

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

P.1

From: Brooks, Anthony E    56112-083    Pop-B-Lower    Beckley
        LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** Per Request From the Central Office in
Washington, D.c. For Warden Harmon to Mr. Hamrick.
they Contacted the necessary Staff and authorities
here at the Prison to expect this BP-9. To Lesson
the burden of a pending Civil action Where Officer
J. White While horse playing at the Front door of my
unit "Negligently" While holding the door and playing he
nearly tore my "Big toe" off. X-Rays Show a Fracture
and ligiment damage. I've asked For Immediate Half-
way house and punitive and monetary damages of
10-7-2010    (80,000 Negotiable)    A.E. Brooks
        DATE    Tort Claim in Process.    SIGNATURE OF REQUESTER

**Part B– RESPONSE**



RECEIVED
OCT 13 2010
WARDEN'S OFFICE
FCI BECKLEY

_____    _____    F/
DATE    WARDEN OR REGIONAL DIRECTOR    11-3-R1

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 600 811-R1

_____    CASE NUMBER: 600 811-R1

**Part C– RECEIPT**

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982
USP LVN    PRINTED ON RECYCLED PAPER

United States District Court

Southern District of West Virginia

Form 6.

Anthony Eugene Brooks;
                    Petitioner,

United States of America; Et. Al;
J. White, Federal Corrections Officer,
F.C.I. "Beckley"                                    Case No. ____
D. Berkebile, Warden, F.C.I. Beckley                To Be Applied by
Federal Bureau of Prisons                           Court Clerk
Attorney General, State of W. VA.

Discovery "Motion" For 6-11-2010 Video Tape and
For "Discovery" and "Evidentiary Hearing" X-Rays "Pictures"

Comes Now, Petitioner "Anthony Eugene Brooks" with the
utmost Respect for this "Honorable" Court, "Brooks" pleads to
have the Court grant an "Evidentiary Hearing" where the
"Discovery" of Exibit B the pictures taken by Lt. Boadway
by way of the Associate Wardens Request and the S.I.S
Captains Order. Also inmates who witnessed the act
in Question where the Corrections officer J. White
with "deliberate Indifference" and "Negligence" Severely
maimed my foot with an Heavy Iron door on 6-11-201
Inmates in Cells B-226 and B-231 witnessed this
and are Significant Parts of my "Discovery." I swear
under Penalty and Perjury that all I attest to is true.
        M. N.E. Brook

**INSTRUCTIONS FOR FILING A COMPLAINT BY A
PRISONER UNDER CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

NOTICE: The law has changed! The Prisoners Litigation Reform Act requires prisoners to exhaust available administrative remedies before filing a suit with respect to the conditions of confinement or the effects of action by government officials on the lives of persons confined in prison. In addition, the Act requires a prisoner to pay a **$350.00 filing fee**, although the fee may be paid in installments.

**These forms are not to be used for filing a Petition for Writ or Habeas Corpus, or to challenge the validity of a state conviction for a criminal offense.**

Enclosed are four copies of a Complaint form with one Application to Proceed In Forma Pauperis and Affidavit, an Explanation of Filing Fees and Proceeding In Forma Pauperis, an Authorization to Release Institutional Account Information and To Pay Filing Fee, and three U. S. Marshal Process and Receipt Forms.

1.  Your Complaint can be brought in this Court only if one or more of the named defendants are located within the Southern District of West Virginia (counties south of and including Wood, Wirt, Roane, Clay, Nicholas and Greenbrier), or if your claim arose in this District. Further, you must file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

2.  You must file an original complaint plus one copy of the complaint for each defendant you name. Use 8-1/2 X 11 inch paper. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original. The original complaint must bear an original signature from each plaintiff. Your complaint must be legibly written or typewritten and you are required to give facts. THE COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. The plaintiff or plaintiffs must include his/her inmate registration number. If you need additional space to answer a question, you may use the reverse side of the form or an additional blank page.

3.  If you have **$350.00**, send a check or money order for **$350.00** per complaint payable to "Clerk, U. S. District Court". If you are unable to pay the **$350.00** filing fee, complete and sign an Application to Proceed in Forma Pauperis and Affidavit for each plaintiff (see Explanation of Filing Fees and Proceeding In Forma Pauperis).

4.  Complete and sign one U. S. Marshal Process and Receipt Form for each defendant named in the complaint.

5.  When all these forms are completed, mail them to:     Clerk, United States District Court
                                                          110 North Heber Street, Room 119
                                                          Beckley, WV 25801

6.  Documents certified as true under penalty of perjury do not need to be notarized. See 28 U.S.C. § 1746.

*Form 7,*

*Remedy*

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 11, 2010

FROM: *Bonnie Woslin, Admin Remedy Clerk*
      ADMINISTRATIVE REMEDY COORDINATOR
      BECKLEY FCI

TO  : ANTHONY EUGENE BROOKS, 56112-083
      BECKLEY FCI     UNT: POPLAR    QTR: A06-206L
      P.O. BOX 1280
      BEAVER, WV 25813


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 602369-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : AUGUST 11, 2010
SUBJECT 1       : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : FILED A BP10 #600811-R1 AT THE REGIONAL LEV REJECTED
                  ON 08-02-2010 REQUESTING YOU SUBMIT NEW BP10 AVOID
                  WRITING ACROSS TOP OF PAGE.  SUBMIT BY 08-16-2010 *to region.*

```
  BECG1           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    08-06-2010
PAGE 033 OF 033 *              FULL SCREEN FORMAT              *    13:20:10

REGNO: 56112-083 NAME: BROOKS, ANTHONY
RSP OF...: BEC UNT/LOC/DST: POPLAR              QTR.: A06-206L   RCV OFC: MXR
REMEDY ID: 600811-R1        SUB1: 34AM SUB2:    DATE RCV:   07-23-2010
UNT RCV..: POPLAR           QTR RCV.: A06-206L  FACL RCV: BEC
UNT ORG..: POPLAR           QTR ORG.: A06-206L  FACL ORG: BEC
EVT FACL.: BEC    ACC LEV:                               RESP DUE:
ABSTRACT.: STAFF HORSEPLAYING AND CAUSED INJURY TO BIG TOE
STATUS DT: 08-02-2010  STATUS CODE: REJ STATUS REASON: IRQ RSR OTH
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 08-02-2010
REMARKS..: RESPONSE IS DUE BY 8-16-2010. YOU NEED A NEW BP10
           AVOIDING WRITING ACROSS TOP OF PAGE


                  32 REMEDY SUBMISSION(S) SELECTED
  G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

EOD → 12/5/95

```
BECDM            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    10-06-2010
PAGE 035           *           FULL SCREEN FORMAT            *    13:44:40

REGNO: 56112-083 NAME: BROOKS, ANTHONY
RSP OF...: BEC UNT/LOC/DST: POPLAR               QTR.: A06-206L   RCV OFC: MXR
REMEDY ID: 602369-R1        SUB1: 34AM SUB2:     DATE RCV:   08-31-2010
UNT RCV..: POPLAR       QTR RCV.: A06-206L       FACL RCV: BEC
UNT ORG..: POPLAR       QTR ORG.: A06-206L       FACL ORG: BEC
EVT FACL.: BEC      ACC LEV:                         RESP DUE:
ABSTRACT.: STAFF HORSEPLAYING AND CAUSED INJURY TO BIG TOE
STATUS DT: 09-03-2010  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:          RCT:     EXT:    DATE ENTD: 09-03-2010
REMARKS..: U NEED TO SUBMIT CORRECTION FOR REMEDY #600811-R1.
           SEEK GUIDANCE W/UNIT TEAM, THEY NEED TO VOID THE
           ABOVE REMEDY AND REFER TO #600811 FOR FUTURE FILING
```

I've already Resubmitted bothe the BP-9 and BP-10 as directed here with the New Remedy No. #600811, also the BP-11 the Corrections were made, Now they're Requesting I do it

```
600002        MORE PAGES TO FOLLOW . . .
```

all over again, this is the same stall tactic applied at the beggining of this process at the BP-9 and BP-10 Levels.

I'm not Falling For this all over again, I'm Filing this "Negligence" Claim to a U.S. District Court in Vi. Virginia,

Respectfully Submitted by

Petitioner, Anthony Eugene Brooks; #56112-083

V.

United States of America;

A. E. Brooks   10-6-2010

```
BECDM         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-06-2010
PAGE 036 OF 036 *              FULL SCREEN FORMAT           *      13:44:40

REGNO: 56112-083 NAME: BROOKS, ANTHONY
RSP OF...: BEC UNT/LOC/DST: POPLAR           QTR.: A06-206L    RCV OFC: BOP
REMEDY ID: 600811-A1       SUB1: 34AM SUB2:  DATE RCV:   09-08-2010
UNT RCV..: POPLAR       QTR RCV.: A06-206L   FACL RCV: BEC
UNT ORG..: POPLAR       QTR ORG.: A06-206L   FACL ORG: BEC
EVT FACL.: BEC     ACC LEV:                  RESP DUE:
ABSTRACT.: STAFF HORSEPLAYING AND CAUSED INJURY TO BIG TOE
STATUS DT: 10-06-2010  STATUS CODE: REJ STATUS REASON: INS OTH
INCRPTNO.:           RCT:    EXT:    DATE ENTD: 10-06-2010
REMARKS..: YOU NEED TO RE-FILE THIS APPEAL AT THE INSTITUTION
           LEVEL UNDER NUMBER 600811. INSTITUTION STAFF HAVE
           BEEN NOTIFIED OF THIS.
```

*Brooks V. United States of America*
*Southern District of West Virginia, Jurisdiction.*

```
                 35 REMEDY SUBMISSION(S) SELECTED    Statement by A.E.B. 10-6-2010
G0000            TRANSACTION SUCCESSFULLY COMPLETED
```

I've Successfully Completed the Sensitive BP-9 at the institutional Level, I've also Completed the BP-10 to the Regional Office Where that office advised me to Refer to the above new Remedy Number # (600811-A1) For all Future Filings, meaning to the Central Office. Now that I've Completed my entire Remedy Process, the BP-9, BP-10, and BP-11, the Central Office now wants me to Start this process all over again. I've already Submitted my "Federal TORT Claim Action" to the proper authorities. This action Started 6-11-2010 When the "Federal Official" acting under Color of the Federal Government "Negligently" with "deliberate indifference" "maimed, Fractured and caused Legiment damage to my Foot, Specific, Right Big TOE. A.E.B.

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _Brooks Anthony, Eugene_   _# 5611-083_   _Pop-B-L_   _Beckley_
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　UNIT　　INSTITUTION

Part A - REASON FOR APPEAL _On 6-11-2010 Officer J. White was on duty at his assigned post at Popular-B-Lower. As I made my way back from Recreation with other inmates, Officer J. White was "Negligently" "Horse Playing" around trying to entertain or impress several other inmates by "Negligently" holding this "huge iron door in front of unit. Officer J. White was holding this door causing inmates to think the door was locked or jammed, this is suppose to be open at this time. As I peeped in the door window, I could see it was the officer "horse playing" and holding the door, I told him to let the door alone, when I attempted to open the door, it still would not open, however when I tried to open the door a second and third time the officer suddenly_
_Lets the door go Ripping my Big toe. A.E. Brooks_

_9-3-2010_　_Punitive & Screws, blood was every where, monetary_
DATE　　　　　　　　　　　　　　SIGNATURE OF REQUESTER _$ 200,000.00_

Part B - RESPONSE

_B.P. 9 Copy_

_____　　　　REGIONAL DIRECTOR
DATE
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE　　_P.2 Continued_　CASE NUMBER: _60081(-R1_

Part C - RECEIPT　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____　_____　_____　_____
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: BROOKS, Anthony Eugene   #56112-083   Pop-B-Lower F.C.I. Beckly

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** Dear Central office, I've submitted this action twice, my next venue is the U.S. District Judge Irene c. Berger of West Virginia. The Regional Office is Stalling in hope that my "Bivins" v. Six civil Action For $200,000 expires. A Corrections Officer J. White While "Negligently" Playing With an Iron heavy door and Entertaining Several inmates by holding the door Shut making other inmates believe the door was Locked or Secured. When I Peeped in the Window and saw the officer holding the door and Laughing, I Said Stop playing With the door. The officer still held the door, When I tried a Second and third time to open the door, the officer Suddenly Lets the door go Ripping my toe to Shreds

9-1-2010
DATE

A.E. Brooks
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

B.P. 10 Copy

---

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

Respectfully, medical stop saying my injury would, it
NOW Looks to be infected with yellow fluid coming out. Punitive

U.S. Department of Justice
Federal Bureau of Prisons

Regional Administrative Remedy Appeal   "monetary
$ 125,000   Damages."

*Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: BROOKS, Anthony E. #56112-083   Pop-B-Low   "Beckley"
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

Part A - REASON FOR APPEAL   ON 6-11-2010 Officer J. White was on
duty as I made my way Back From "Recreation" with
other inmates. Officer J. White was "Horse Playing"
around trying to "entertain" or "Impress Several inmates
by holding the door Shut making inmates believe the
door was Locked or Jammed. As I peeped in the Window
I could See it was C.O. White holding this "Huge Iron"
door Shut. When I attempted to open the door, it wouldn't
open at all. However, When I attempted a Second and then
third time, Officer J. White "Suddenly Releases the door

7-21-2010 (Ripping my "Big Toe to Shreds.)
DATE   A.E. Brooks
   SIGNATURE OF REQUESTER

Part B - RESPONSE

RECEIVED

Bureau of Prisons
MARO Regional Counsel

DATE   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE   CASE NUMBER: 606811-R1

Part C - RECEIPT
   CASE NUMBER: _____

Return to: _____
   LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

DATE   ✪   SIGNATURE, RECIPIENT OF REGIONAL APPEAL   BP-230(13)
   PRINTED ON RECYCLED PAPER   JUNE 2002
USP LVN

*Remedy*                                                    *Form 8*

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 6, 2010

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : ANTHONY EUGENE BROOKS, 56112-083
      BECKLEY FCI     UNT: POPLAR     QTR: A06-206L
      P.O. BOX 1280
      BEAVER,  WV 25813


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 600811-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED  : SEPTEMBER 8, 2010
SUBJECT 1      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS        : YOU NEED TO RE-FILE THIS APPEAL AT THE INSTITUTION
                 LEVEL UNDER NUMBER 600811. INSTITUTION STAFF HAVE
                 BEEN NOTIFIED OF THIS.

*Page 1.*

2. Copies to: U.S. District Judge ✓
3. Regional Director ✓
4. Fort Claim Office, my Extra Copy. ✓

```
   BECDM        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    08-24-2010
 PAGE 033        *              FULL SCREEN FORMAT            *    13:21:15

 REGNO: 56112-083 NAME: BROOKS, ANTHONY
 RSP OF...: BEC UNT/LOC/DST: POPLAR            QTR.: A06-206L   RCV OFC: MXR
 REMEDY ID: 600811-R1     SUB1: 34AM SUB2:    DATE RCV:   07-23-2010
 UNT RCV..: POPLAR      QTR RCV.: A06-206L    FACL RCV: BEC
 UNT ORG..: POPLAR      QTR ORG.: A06-206L    FACL ORG: BEC
 EVT FACL.: BEC     ACC LEV:                  RESP DUE:
 ABSTRACT.: STAFF HORSEPLAYING AND CAUSED INJURY TO BIG TOE
 STATUS DT: 08-02-2010  STATUS CODE: REJ STATUS REASON: IRQ RSR OTH
 INCRPTNO.:           RCT:    EXT:   DATE ENTD: 08-02-2010
 REMARKS..: RESPONSE IS DUE BY 8-16-2010. YOU NEED A NEW BP10
            AVOIDING WRITING ACROSS TOP OF PAGE



      G0002      MORE PAGES TO FOLLOW . . .
```

Judge, as you clearly see this administrative Remedy Request was filed on 7-23-2010. The Response was due on 8-16-2010 however, the BP 9 Sensitive and BP 10 to the Regional offices was denied for the simple Reason of petitioner Fully Stating what Really happen to my severely injured and damaged "Big Toe".

The Region Claims I simply wrote over the boundrys of the form, this obviously has to be a Stall tactic as I Resubmitted both the BP 9 and BP 10 immediately after the Regions Rejection on 8-2-2010. I've still not Recieved a new Reply From the Regional office and the date is 9-1-2010 I wish to file a "Bivins" V. "Six" unknown Federal agents of the "Bureau of Prisons" under Civil Action U.S.C.§ 1331 a Federal action For "Monetary" and "Punitive" damages to the Relief of $200,000 dollars $\frac{00}{100}$ For the Claim of "Negligence" by a Federal Official of the "Bureau of Prisons" under (Full COLOR) of Law of the "Federal Government. I swear under Penalty and Perjury that all I attest to is true. So Sayeth I, Anthony E. Brooks H.E.B. 9-1-20.

```
BECDM        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    08-24-2010
PAGE 034 OF 034 *              FULL SCREEN FORMAT          *    13:21:15

REGNO: 56112-083 NAME: BROOKS, ANTHONY
RSP OF...: BEC UNT/LOC/DST: POPLAR        QTR.: A06-206L  RGV OFC: BEC
REMEDY ID: 602369-F1     SUB1: 34AM SUB2:  DATE RCV: (08-11-2010)
UNT RCV..: POPLAR     QTR RCV.: A06-206L   FACL RCV: BEC
UNT ORG..: POPLAR     QTR ORG.: A06-206L   FACL ORG: BEC
EVT FACL.: BEC     ACC LEV:                  RESP DUE:
ABSTRACT.: STAFF HORSEPLAYING AND CAUSED INJURY TO BIG TOE
STATUS DT: 08-11-2010   STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:         RCT:    EXT:   DATE ENTD: 08-11-2010
REMARKS..: FILED A BP10 #600811-R1 AT THE REGIONAL LEV REJECTED
           ON 08-02-2010 REQUESTING YOU SUBMIT NEW BP10 AVOID
           WRITING ACROSS TOP OF PAGE.  SUBMIT BY 08-16-2010
```

"Monetary" and "Punitive" Damages of $ 200,000 dollars 00/100.
I swear under penalty and perjury that all I attest to is true
and correct to the best of my memory and recollection Judge.
So sayeth I, Anthony Eugene Brooks 9-1-2010   A.E. Brooks.

```
                   33 REMEDY SUBMISSION(S) SELECTED
G0000              TRANSACTION SUCCESSFULLY COMPLETED
```
56112-083

1. "Officer" J. White, a "Federal Correctional Officer" at
F.C.I Beckley acting under the "Full Color of the Federal
Government" did "Negligently" and "Willfully" With "**Laughter**"
severely injured my Foot, specifically my Right "Big Toe" by
totally severing my "Entire" "Big Toe Nail," and Leaving my Foot
in a pool of blood When I Removed my Shoe on 6-11-2011

2. Officer "J. White" was on duty at his post at my
Unit where I'm "Anthony Eugene Brooks" is housed. As I made my
(Way back) From "Recreation" on 6-11-2010 the Federal Officer" J. Whit
was "Negligently" "horse Playing" by holding a "huge Iron door" Shut,
Causing inmates to think this door which is supposed to be opena
For our Return to the Unit. As I peeped in the Window, I
Could See the Officer "Laughing" and "Entertaining" Several inmat
Who were also Laughing at the Officer "Negligently" holding this
huge door shut. I asked the Officer to Stop Playing around, he did
When I tried to open the door a Second and third time, the
Officer Suddenly Lets the door go totally Ripping my
Big Toe to Shreds. $200,000 dollars.

P.3

U.S. Department of Justice
Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: BROOKS, Anthony Eugene  #5612-083   POP-B-Lower  F.C.I., Beckly
      LAST NAME, FIRST, MIDDLE INITIAL.        REG. NO.        UNIT        INSTITUTION

Part A - REASON FOR APPEAL  Dear Central Office, I've submitted this action twice, my next venue is the U.S. District Judge Irene C. Berger of West Virginia. The Regional office is stalling in hope that my "Bivins" v. Six civil action for $200,000 expires. A Corrections office J. White while "Negligently" playing with an Iron heavy door and Entertaining several inmates by holding the door shut making other inmates believe the door was Locked or Secured. When I peeped in the window and saw the officer holding the door and laughing, I said stop playing with the door. The officer still held the door, when I tried a second and third time to open the door, the officer suddenly lets the door go Ripping my toe to shreds

9-1-2010
DATE

A.E. Brooks
SIGNATURE OF REQUESTER

Part B - RESPONSE

RECEIVED

SEP  8 2010

Administrative Remedy Section
Federal Bureau of Prisons

_____                    _____
     DATE                               GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE              CASE NUMBER: _____

Part C - RECEIPT
                                        CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____           ☻           _____
     DATE              PRINTED ON RECYCLED PAPER   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                                                    BP-231(13)
                                                                           JUNE 2002



Anthony E. Brookes #56112-083
Federal Corrections Inst.
(Beckley)
P.O. Box 350
Beaver, W.V. 25813

Very Important Documents
Enclosed For Director

Federal Bureau of Prisons
Central Offices
320 - First Street, N.W.
Washington, D.C. 20534

*Remedy*                              FORM 9.

RECEIPT – ADMINISTRATIVE REMEDY

DATE: OCTOBER 14, 2010

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BECKLEY FCI

TO  : ANTHONY EUGENE BROOKS, 56112-083
      BECKLEY FCI      UNT: POPLAR      QTR: A06-206L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 600811-F1
DATE RECEIVED   : OCTOBER 13, 2010
RESPONSE DUE    : NOVEMBER 2, 2010
SUBJECT 1 .     : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2       :
INCIDENT RPT NO:

*Form 10.*

*Remedy*

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 14, 2010

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : ANTHONY EUGENE BROOKS, 56112-083
      BECKLEY FCI    UNT: POPLAR    QTR: A06-206L
      P.O. BOX 1280
      BEAVER,  WV 25813


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 600811-A2      CENTRAL OFFICE APPEAL
DATE RECEIVED   : SEPTEMBER 21, 2010
SUBJECT 1       : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 3: SEE REMARKS.

REMARKS         : YOU NEED TO RE-FILE THIS APPEAL AT THE INSTITUTION
                  LEVEL UNDER NUMBER 600811. INSTITUTION STAFF HAVE
                  BEEN NOTIFIED OF THIS.


*PROOF OF Filing B.P. 11 to Central*
*Office Post marked Letter and*
*Evelope on back page, Flip over*
*on back.*

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 7, 2010

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : ANTHONY EUGENE BROOKS, 56112-083
      BECKLEY FCI     UNT: POPLAR     QTR: A06-206L
      P.O. BOX 1280
      BEAVER,  WV 25813


FOR THE REASONS LISTED BELOW; THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 602369-R1        REGIONAL APPEAL
DATE RECEIVED    : AUGUST 31, 2010
SUBJECT 1        : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS          : U NEED TO SUBMIT CORRECTION FOR REMEDY #600811-R1.
                   SEEK GUIDANCE W/UNIT TEAM, THEY NEED TO VOID THE
                   ABOVE REMEDY AND REFER TO #600811 FOR FUTURE FILING

*This BP 9 and BP 10 Response Needs to be Sent back to Petitioner "Brooks" along with my newly Submitted BP 11 Which you already have in your Central Office dated 9-1-2010.*

*My Next Level is the Federal "Tort Claim" and then the United States District Court Southern District of West Virginia.*

*Chief Judge Goodwin or U.S. District Judges "Judge Berger" "Judge Johnston" Respectfully. A.E. Brooks 9-12-2010 Thursday Evening.*

REJECTION NOTICE – ADMINISTRATIVE REMEDY

DATE: AUGUST 2, 2010

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : ANTHONY EUGENE BROOKS, 56112-083
      BECKLEY FCI     UNT: POPLAR     QTR: A06-206L
      P.O. BOX 1280
      BEAVER,  WV 25813


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 600811-R1        REGIONAL APPEAL
DATE RECEIVED   : JULY 23, 2010
SUBJECT 1       : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REJECT REASON 3: SEE REMARKS.

REMARKS         : RESPONSE IS DUE BY 8-16-2010. YOU NEED A NEW BP10
                  AVOIDING WRITING ACROSS TOP OF PAGE

USP OR FEDERAL FACILITIES, INC
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Sensitive *Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** BROOKS, Anthony E.    56112-083    P&P&Lower    Beckley
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Sensitive 9

**Part A– INMATE REQUEST**

ON 6-11-2010 OFFICer J. White an OFFicer For the Bureau OF Prisons, While acting Under Federal COLOR OF Law Was "Careless" and "Negligent" When he purposely held a Iron door in Front oF the Unit While Laughing, Joking and trying to envoke the amusement oF other inmates On my behalf, The officer held this door as I Looked in the window and clearly saw him holding the door When I tried to open the door and told the OFFicer to stop "Playing," When I then tried to open the door a second and thirsd time, J. White Suddenly Releases the door Ripping my "Big Toe" to Shreds, Blood was everywhere.

8-16-2010                          M.E. Brooks
DATE    Punitive monetary Damages $600,000    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
Bureau of Prisons
MAR

_____    _____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 600 811-R1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____            _____
DATE                                 RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    PRINTED ON RECYCLED PAPER    BP–229(13)
APRIL 1982

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. Department of Justice**         **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies.  One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __BROOKS Anthony E.__ __56112-083__ __Pop-B-Lower__ "__Beckley__"
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL** ON 6-11-2010 OFFICER J. White acting under Federal Color OF Law For the "Bureau OF Prisons". As I Brooks made my way back From the Recreation yard with other inmates, OFFicer J. White was "Negligently" horseplaying around trying to impress several inmates by holding this big Iron door Shut making inmates think the door was Locked or Jammed. When I Looked inside the window I Could See OFFiceR J. White holding the door Laughing. When I tried to open the door a second and third time OFFicer White suddenly releases the door totally Ripping my big Toe to Shreds.

__8-17-2010__      __Punitive, Monetary Damages #200,000__    __A.E. Brooks__
DATE                                               SIGNATURE OF REQUESTER

**Part B - RESPONSE**

SEP ... 2010

RECEIVED

---

      DATE                                         REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE          CASE NUMBER: __600811-R1__

**Part C - RECEIPT**

                                      CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

---

      DATE                                 SIGNATURE, RECIPIENT OF REGIONAL APPEAL

PRINTED ON RECYCLED PAPER

USP LVN

BP-230(13)
JUNE 2002

*New Remedy Number will be Stated-Here by B.O.P.*
*#600811*

```
REGNO: 56112-083 NAME: BROOKS, ANTHONY
RSP OF...: BEC UNT/LOC/DST: POPLAR        QTR.: A06-206L   RCV OFC: MXR
REMEDY ID: 602369-R1    SUB1: 34AM SUB2:  DATE RCV:  08-31-2010
UNT RCV..: POPLAR    QTR RCV.: A06-206L   FACL RCV: BEC
UNT ORG..: POPLAR    QTR ORG.: A06-206L   FACL ORG: BEC
EVT FACL.: BEC    ACC LEV:                     RESP DUE:
ABSTRACT.: STAFF HORSEPLAYING AND CAUSED INJURY TO BIG TOE
STATUS DT: 09-03-2010  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:         RCT:    EXT:   DATE ENTD: 09-03-2010
REMARKS..: U NEED TO SUBMIT CORRECTION FOR REMEDY #600811-R1.
           SEEK GUIDANCE W/UNIT TEAM, THEY NEED TO VOID THE
           ABOVE REMEDY AND REFER TO #600811 FOR FUTURE FILING
```

*Per Request From Counselor Mr. Davis Popular B-Lower, Cell-B206*
*Anthony Eugene Brooks — #56112-083*
*A.E. Brooks 9-3-2010*

```
          34 REMEDY SUBMISSION(S) SELECTED
G0000    TRANSACTION SUCCESSFULLY COMPLETED
```

Judge, Now the Bureau of Prisons wants me to start this process all over again, I've submitted this BP 10 twice already. The initial BP 10 was rejected for the simple fact that I wrote in detail all of the facts to the Corrections officer J. White "Negligently" while "Horse Playing" Ripped my "Big Toe" to Shreds and Fracturing a bone in my Foot Causing Legiment damage also to my Foot.

Now that I've Resubmitted this BP 10 For a second time, the Correct way, however, now B.O.P. wants to Start this Whole process all over For a third time. Judge this is a Stall tactic because I've already went to the next Level to the Central office on 9-1-2010 by bureau of Prisons Policy if no Response by due date, then proceed to the next Level Which I have by way of BP 11 to Central office in D.C.

*A.E. Brooks 9-3-2010*

**Regional Administrative Remedy Appeal**

U.S. Department of Justice

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _BROOKS, Anthony E._ _#56112-083_ _POP-B-LOW. F.C.I. Beckley_
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** On 6-11-2010 a Federal Correctional Officer J. White at F.C.I. Beckley While "Negligently" "Horse Playing" around with the Huge Iron Front door, the Officer totally Ripped my Big Toe to Shreds. My entire "Big Toe" was tore off and a X-Ray Shows a "Fractured bone in my Foot and Legiment Damage. This X-Ray was Sent out FOR annalysis From a M.D. Officer J. White was "Negligently" Holding this door when I look in the door, the Officer was entertaining Several inmates by way of Laughing and holding the door Shut, I asked the C.O. to Stop Playing around, When I tried to open the door a Second and Third Time the C.O. Let the door Go Ripping my Toe, *A.E. Brooks*

_9-3-2010_     _Monetary and Punitive Damages 200,000_
DATE     SIGNATURE OF REQUESTER

**Part B - RESPONSE**


_____     _____
DATE     REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE     _P.L._ CASE NUMBER: _600811-R1_

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____     _____
DATE     SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

```
  BECG1          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      08-06-2010
  PAGE 033 OF 033 *              FULL SCREEN FORMAT           *      13:20:10
REGNO: 56112-083 NAME: BROOKS, ANTHONY
RSP OF...: BEC UNT/LOC/DST: POPLAR
REMEDY ID: 600811-R1      SUB1: 34AM SUB2:          QTR.: A06-206L   RCV OFC: MXR
UNT RCV..: POPLAR        QTR RCV.: A06-206L         DATE RCV:   07-23-2010
UNT ORG..: POPLAR        QTR ORG.: A06-206L         FACL RCV: BEC
EVT FACL.: BEC     ACC LEV:                         FACL ORG: BEC
ABSTRACT.: STAFF HORSEPLAYING AND CAUSED INJURY TO BIG TOE    RESP DUE:
STATUS DT: 08-02-2010   STATUS CODE: REJ STATUS REASON: IRQ RSR OTH
INCRPTNO.:               RCT:   EXT:   DATE ENTD: 08-02-2010
REMARKS..: RESPONSE IS DUE BY 8-16-2010. YOU NEED A NEW BP10
           AVOIDING WRITING ACROSS TOP OF PAGE
```

```
  G0000          32 REMEDY SUBMISSION(S) SELECTED
                 TRANSACTION SUCCESSFULLY COMPLETED
```

EOD → 12/5/95

MR. Anthony E. Brooks # 56112-083
Federal Correctional INST. (Beckley)
P.O. BOX 350
Beaver, W.V. 25813

BP 11 Sent On 9-1-2010
Here's BP9 and BP10 For the
3rd time. Tort Claim and U.S. Dist. Court Next

Federal Bureau of Prisons (Central Office)
320 - First Street N.W.
Washington, D.C. 20534

*Remedy*             *Form 11.*

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 25, 2010

FROM: ADMINISTRATIVE REMEDY COORDINATOR
       CENTRAL OFFICE

TO   : ANTHONY EUGENE BROOKS 56112-083
       BECKLEY FCI     UNT: POPLAR    QTR: A06-206L
       P.O. BOX 1280
       BEAVER,  WV 25813

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 600811-A3      CENTRAL OFFICE APPEAL
DATE RECEIVED  : SEPTEMBER 30, 2010
SUBJECT 1      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL. YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE, OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS         : YOU MUST SUBMIT APPEAL TO THE REGION FOR RESPONSE.

*New Remedy No. 3*  P.3

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: _BROOKS, Anthony Eugene_ _#56112-083_ _Pop-B-Lower F.C.I. Beckly_
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** Dear Central Office, I've submitted this action twice, my next Venue is the U.S. District Judge Irene C. Berger of West Virginia. The Regional Office is Stalling in hope that my "Bivins" V. Six civil Action For $200,000 expires. A Corrections Officer J. White while "Negligently" Playing with an Iron heavy door and Entertaining Several inmates by holding the door Shut making other inmates believe the door was Locked or Secured. When I Peeped in the Window and saw the Officer holding the door and Laughing, I said Stop playing with the door. The officer still held the door, When I tried a Second and third time to open the door, the Officer Suddenly Lets the door go Ripping my toe to Shreds

9-1-2010
DATE

RECEIVED
A.E. Brooks
SIGNATURE OF REQUESTER SEP 30 2010

**Part B - RESPONSE**

Administrative Remedy Section
Federal Bureau of Prisons

X-Ray Shows "Fractured bone in Foot" and "Swelling" along with "Ligiment damage". A University of Maryland M.D. "Doctor Sung Han Kim" Findings and injury history, Comments. (Foot LAT injured Great toe 2 weeks ago continued Pain and Swelling). (Additional Findings): Abnormal distracted avulsion Fracture of proximal Lateral First proximal Phalanx. Ligiment damage to "Great Toe."

✱ Dear tort Director, Per the "tort Claim Form 95" a Suggestion to how we may Lessen this burden Respectfully Sir or mam. Move my "Halfway House" to October or November 2010 instead of March 2011. A Nine month "Halfway House to Lessen the burden.

DATE                                        GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE    A.E. Brooks 9/13-10   CASE NUMBER: #600811

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____    _____
DATE                          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: BROOKS Anthony, Eugene   #56112-083   PoP-B-L   Beckley

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A - REASON FOR APPEAL ON 6-11-2010 OFFicer J. White was on duty at his assigned post at Popular-B-Lower. As I made my way back From Recreation with other inmates, Officer J. White was "Negligently" "Horse Playing" around trying to entertain or impress several other inmates by "Negligently" holding this huge iron door in front of unit. Officer J. White was holding this door causing inmates to think the door was Locked or Jammed, this is suppose to be open at this time. As I peeped in the door window, I could see it was the Officer "horse Playing" and holding the door, I told him to Let the door alone. When I attempted to open the door, it still would not open, however when I tried to open the door a second and third time the Officer suddenly Lets the door go Ripping my Big Toe M.E. Brooks

9-3-2010          to Shreds, blood was

DATE Punitive       everywhere. monetary     SIGNATURE OF REQUESTER 200,000°°

Part B - RESPONSE

_____          _____
DATE                                     REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.    P. 2 continued

ORIGINAL: RETURN TO INMATE     CASE NUMBER: 600811-R1

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____          _____
DATE                                     SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002

**U.S. DEPARTMENT OF JUSTICE**                                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons *Medical Stop caring For my open Wound, Now infected*

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: *BROOKS, Anthony E.*  *56112-083*  *PO-P-B-Lower "Beckley"*
       LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A– INMATE REQUEST** *ON 6-11-2010 Officer J. White was on duty*
*as I made my way back From a Recreation move with*
*other inmates. C.O. "White" was "Negligently" "Horse Playing"*
*around trying to impress or entertain several other*
*inmates by "Holding" the "Large Iron" Front door Shut, this*
*made inmates think the door was Locked Shut. This door*
*is usually open as we Return From "Lunch" and "Rec yard"*
*when I peeped inside and saw Officer J. White holding*
*the door Shut, I said Stop Playing Officer "White", he*
*was Laughing*

*7-20-2010*                    *when I again*                    *A. E. Brooks*
DATE                                                          SIGNATURE OF REQUESTER

**Part B– RESPONSE** *tried to open the door, it Still would not*
*open, However, when I attempted a Second*
*and third time, the Officer Suddenly Lets*
*rejected*  *the door go "Ripping" my "Big Toe" to Shreds*
*Severing my entire "Big Toe" Nail Causing*
*Severe pain Both physically and mentally.*
*"Psychologically" Terrifying me because I knew*
*IF I Filed this "Sensitive 9" I might be*
*Retaliated against by other Officers.*
*J. White Saw me From another unit one*
*day and he made*
*a Very Smart Remark.*

DATE                                        WARDEN OR REGIONAL DIRECTOR
*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE *yes $125,000* CASE NUMBER: *WO2309-F1*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C– RECEIPT**
                                                    CASE NUMBER:
Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____       _____
DATE                    RECIPIENT'S SIGNATURE (STAFF MEMBER)                    BP-229(13)

*New Remedy No. # 600811*                    *Page c*

```
BECDM          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    08-24-2010
PAGE 034 OF 034 *            FULL SCREEN FORMAT              *    13:21:15

REGNO: 56112-083 NAME: BROOKS, ANTHONY
RSP OF...: BEC UNT/LOC/DST: POPLAR          QTR.: A06-206L   RGV QFC: BEC
REMEDY ID.: 602369-F1      SUB1: 34AM SUB2:  DATE RCV: 08-11-2010
UNT RCV..: POPLAR     QTR RCV.: A06-206L    FACL RCV: BEC
UNT ORG..: POPLAR     QTR ORG.: A06-206L    FACL ORG: BEC
EVT FACL.: BEC    ACC LEV:                   RESP DUE.:
ABSTRACT.: STAFF HORSEPLAYING AND CAUSED INJURY TO BIG TOE
STATUS DT: 08-11-2010  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:          RCT:     EXT:   DATE ENTD: 08-11-2010
REMARKS..: FILED A BP10 #600811-R1 AT THE REGIONAL LEV REJECTED
           ON 08-02-2010 REQUESTING YOU SUBMIT NEW BP10 AVOID
           WRITING ACROSS TOP OF PAGE.  SUBMIT BY 08-16-2010
```

*"Monetary" and "Punitive" Damages of $ 200,000 dollars $\frac{00}{100}$.*
*I swear under penalty and Perjury that all I attest to is true*
*and Correct to the best of my memory and Recollection Judge.*
*So Sayeth I, Anthony Eugene Brooks 9-1-2010    A. E. Brooks.*

```
                    33 REMEDY SUBMISSION(S) SELECTED
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```
*56112-083*

*1.*
*"Officer J. White, a Federal Correctional Officer at*
*F.C.I. Beckley acting under the Full Color of the Federal*
*Government did "Negligently" and Willfully With "Laughter"*
*Severely injured my Foot, Specifically my Right "Big toe" by*
*totally Severing my "Entire Big Toe Nail" and Leaving my Foot*
*in a pool of blood When I Removed my Shoe on 6-11-2010*

*2. Officer J. White Was on duty at his post at my*
*Unit Where I "Anthony Eugene Brooks" is housed. As I made my*
*back From "Recreation" on 6-11-2010 the Federal Officer J. White*
*Was "Negligently" "horse Playing" by holding a "huge Iron door" Shut*
*Causing inmates to think this door Which is supposed to be opened*
*For our Return to the Unit. As I peeped in the Window, I*
*Could See the Officer "Laughing" and "Entertaining Several inmates"*
*Who Were also Laughing at the Officer "Negligently" holding this*
*huge door Shut. I asked the Officer to Stop Playing around, he did*
*When I tried to open the door a Second and third time the*
*Officer Suddenly lets the door go totally Ripping my*
*Big toe to shreds, $ 200,000*



**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

---

MP:SBatchelder:sb
157-16-NEW

September 27, 2010

Mr. Anthony Brooks
Reg. No. 56112-083
Federal Correctional Institution - Beckley
P. O. Box 350
Beaver, WV  25813

     Re:  <u>Administrative Tort Claim of Anthony Brooks</u>

Dear Mr. Brooks:

     This is in response to your administrative tort claim dated September 13, 2010, which you submitted to the U.S. Department of Justice (Department).  The Department received your claim on September 22, 2010.

     Because your claim concerns an alleged tort involving the U.S. Bureau of Prisons (BOP), I am forwarding it to that agency.  All further communication on this matter should be directed to the BOP at the address listed below.

                    Very truly yours,

                    MARISSA PISARICK
                    Paralegal
                    Civil Division, Torts Branch

                    SEP 3 0 2010

cc:    Ms. Joyce Zoldak
       Associate General Counsel
       Federal Bureau of Prisons
       320 First Street, N.W.
       Room 977 HOLC
       Washington, D.C.  20534

1. U.S. District Judge ✓
2. Regional Director and Central Office ✓
3. Tort Claim Office

Page 1.

```
     BECDM        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL   RECEIVED 08-24-2010
  PAGE 033        *          FULL SCREEN FORMAT                            13:21:15

  REGNO: 56112-083  NAME: BROOKS, ANTHONY
  RSP OF...: BEC UNT/LOC/DST: POPLAR              QTR.: A06-206L         MXR
  REMEDY ID: 600811-R1       SUB1: 34AM SUB2:     DATE RCV:   07-23-2010
  UNT RCV..: POPLAR       QTR RCV.: A06-206L      FACL RCV: BEC C A STAFF
  UNT ORG..: POPLAR       QTR ORG.: A06-206L      FACL ORG: BEC RESP DUE
  EVT FACL.: BEC    ACC LEV:                      RESP DUE:
  ABSTRACT.: STAFF HORSEPLAYING AND CAUSED INJURY TO BIG TOE
  STATUS DT: 08-02-2010  STATUS CODE: REJ STATUS REASON: IRQ RSR OTH
  INCRPTNO.:          RCT:    EXT:   DATE ENTD: 08-02-2010
  REMARKS..: RESPONSE IS DUE BY 8-16-2010. YOU NEED A NEW BP10
             AVOIDING WRITING ACROSS TOP OF PAGE
```

Dear Tort Claim Director, I'm Scheduled to enter my Six month "HalfWay House" in March, which only gives me Five months "HalfWay House". We can Lessen this burden as the FORM 95 So Claims with a 9 month "HalfWay House" Sir or Mam Respectfully Please

G0002        MORE PAGES TO FOLLOW . . .          A.E.B. 9-13-2010

Judge, as you Clearly See this administrative Remedy Request was Filed on 7-23-2010. The Response was due on 8-16-2010 however, the BP 9 Sensitive and BP 10 to the Regional offices was denied For the Simple Reason of petitioner Fully Stating what Really happen to my severely injured and damaged "Big Toe."

The Region Claims I Simply wrote over the boundrys of the Form, this obviously has to be a Stall tactic as I Resubmitted both the BP 9 and BP 10 immediately after the Regions Rejection on 8-2-2010. I've Still not Recieved a new Reply From the Regional office and the date is 9-1-2010 I Wish to File a "Bivins" V. "Six" Unknown Federal agents of the "Bureau of Prisons" under Civil Action U.S.C. § 1331 a Federal action For "monetary" and "Punitive" damages to the Relief of $200,000 dollars 00/100 FOR the Claim of "Negligence" by a Federal official of the "Bureau of Prisons" under (Full Color) of Law of the "Federal Government. I Swear under Penalty and Perjury that all I Attest to is true. So Sayeth.I. A.E.B. 9-1-2010.

MR. Anthony Eugene Brooks #56112-083
Federal Correctional Institute "Beckley"
P.O. Box 350
Beaver, W.V. 25813

"Important Action"
For THE Chambers of
Judge Johnston
Civil Action under
U.S. C. § 1331
"Bivins v. "Six" unknown Agents
of THE Federal Government."

United States District Court For
THE Southern District of West Virginia

For: THE Respected and Honorable U.S. District
Judge "Johnstons" Chambers Respectfully
Suite No. 2400
300 - Virginia Street, East
Charleston, West Virginia. 25301

$00.00